RICHARD W. KILPATRICK *v.* BELL TELEVISION OF
CONNECTICUT, INC.

The motion by the defendant to dismiss the appeal
from the Court of Common Pleas in Fairfield
County is granted.

*Robert P. Scholl,* for the appellee (defendant).

*Richard W. Kilpatrick,* pro se, the appellant
(plaintiff).

Argued February 9—decided February 9, 1967

The appellant filed a motion for reargument which
was denied.

TOWN OF BRANFORD SEWER AUTHORITY *v.* MARY M.
WILLIAMS, ADMINISTRATRIX (ESTATE OF FRANK
R. WILLIAMS), ET AL.

TOWN OF BRANFORD SEWER AUTHORITY *v.* SARAH G.
ROSENTHAL, ADMINISTRATRIX (ESTATE OF ROSE
ROSENTHAL), ET AL.

The motion by the plaintiff to dismiss the appeal
in each case from the Superior Court in New
Haven County is granted.

*Howard F. Zoarski,* for the appellee (plaintiff).

*John J. Resnik,* for the appellants (defendants).